IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 17-cv-03064-LRR |
| v. | ) | |
| | ) | |
| ASHLEY KAY QUARIO; and | ) | |
| IOWA NORTHLAND REGIONAL | ) | |
| COUNCIL OF GOVERNMENTS; | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER CONFIRMING THE REPORT OF SALE
AND APPROVING THE UNITED STATES MARSHAL'S SALE, THE
CERTIFICATE OF PURCHASE AND THE ISSUANCE OF
A MARSHAL'S DEED**

Upon motion of plaintiff, United States of America, for an Order:

(1) confirming the report of the United States Marshal on the sale of the foreclosed

property pursuant to the Decree of Foreclosure; (2) approving the sale; (3) confirming

the Marshal's Certificate of Purchase issued to Russell Ubben, the purchaser at the

sale; and (4) approving the issuance of a Deed of Conveyance to Russell Ubben, the

purchaser at the sale; the Court having examined the report of the United States

Marshal and being fully advised, enters the following order:

IT IS HEREBY ORDERED that the United States Marshal's Certificate of

Purchase now presented to the Court from Kenneth J. Runde, United States

Marshal, and executed by Deputy United States Marshal Pedro Lozano, is approved

and the filing of the copy of the certificate with the Clerk of this Court, is hereby

1

confirmed. The execution, by the United States Marshal, of the Marshal's Certificate of Purchase issued to Russell Ubben, pursuant to the sale, is approved.

IT IS FURTHER ORDERED that the report of the United States Marshal, and the sale, are in all respects approved and confirmed.

IT IS FURTHER ORDERED the United States Marshal, or his successor in office, shall execute to the purchaser Russell Ubben, or his successors or assigns, a good and sufficient Deed of Conveyance to the foreclosed property, there being no right of redemption.

Dated this _____ day of December, 2017.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA